THE HOME BANK, Appellant, *v.* J. B. BREWSTER & Co. et al., Respondents.

THE FIFTH NATIONAL BANK of the City of New York, Appellant, *v.* THE SAME, Respondents.

THE NATIONAL BROADWAY BANK in the City of New York, Appellant, *v.* THE SAME, Respondents.

*Home Bank* v. *Brewster & Co.*, 33 App. Div. 330, appeal dismissed.
(Argued April 17, 1899; decided April 25, 1899.)

MOTIONS to dismiss appeals from an order of the Appellate Division of the Supreme Court in the first judicial department in each of the above-entitled cases, entered October 19, 1898,

reversing an order of Special Term modifying a referee's report, and confirming his report in a proceeding to take and state the accounts of a receiver.

The motions were made upon the ground that the appeals are taken from an order made in a civil action, and not made in any special proceeding.

*Thomas G. Shearman* and *Cortland Betts* for motion.

*William C. Beecher* and *Richard B. Kelly* opposed.

Motions granted and appeals dismissed, with costs.